**Order filed, February 28, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas

———————————

## NO. 01-18-00118-CV

———————————

### MCDONALD OILFIELD OPERATIONS, LLC, Appellant

### V.

### 3B INSPECTION, LLC ROBERT BEALL, CHRIS MYRAND, KYLE GRANT, PATRICK BAGE AND DYLAN ROGGE, Appellee

---

### On Appeal from the 268th District Court
### Fort Bend County, Texas
### Trial Court Case 17-DCV-247216

---

## ORDER

The reporter's record in this case was due 02/26/2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM